[J-45-2015] [MO: Baer, J.]
IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

| | |
|---|---|
| ERIK ARNESON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE OFFICE OF OPEN RECORDS, AND SENATE MAJORITY CAUCUS | No. 51 MAP 2015<br><br>Appeal from the Order of the Commonwealth Court at No. 35 MD 2015 dated June 10, 2015<br><br>ARGUED: September 9, 2015 |
| v. | |
| THOMAS W. WOLF, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT, AND OFFICE OF OPEN RECORDS | |
| APPEAL OF: THOMAS W. WOLF, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA AND DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT | |

**DISSENTING OPINION**

**MADAME JUSTICE TODD**            **DECIDED: October 27, 2015**

For the reasons ably expressed by President Judge Pellegrini in his dissent below, see Arneson v. Wolf, 117 A.3d 374 (Pa. Cmwlth. 2015) (Pellegrini, P.J., dissenting), I conclude Governor Wolf acted within his constitutional authority in removing the Executive Director of the Office of Open Records, and so I would reverse the order of the Commonwealth Court. Accordingly, I dissent.